[No. 48016-2-I. Division One. January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. P.L.W., *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 00-8-04558-3, Dean Scott Lum, J., and Kimberly Prochnau, J. Pro Tem., entered December 12, 2000 and February 1, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48416-8-I. Division One. January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-00164-3, Laura Gene Middaugh, J., entered April 9, 2001. *Remanded* by unpublished per curiam opinion.

[No. 48417-6-I. Division One. January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRELL MAURICE HOUSTON, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 01-8-00817-1, James D. Cayce, J., and Charles V. Johnson, J. Pro Tem., entered April 5 and 6, and May 3, 2001. *Dismissed* by unpublished per curiam opinion.

[No. 48547-4-I. Division One. January 22, 2002.]

TERRI JONES, *Appellant*, v. LAWRENCE D. DANFORTH, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-08731-3, Robert C. Bibb, J. Pro Tem., entered May 3, 2001. *Reversed* by unpublished per curiam opinion.